June 30, 2006

Ms. Sandra Cockran Liser
Brown Dean Wiseman Liser
Proctor & Hart, L.L.P.
306 West Seventh Street, Suite 200
Fort Worth, TX 76102

Mr. Jerry R. Hoodenpyle
Hoodenpyle & Lobert, P.C.
519 East Border Street
Arlington, TX 76010-7402
Mr. David Graham Petter
Hoodenpyle & Lobert, P.C.
519 East Border Street
Arlington, TX 76010-7402

RE: Case Number: 04-0692
 Court of Appeals Number: 02-02-00231-CV
 Trial Court Number: 153-189471-01

Style: GUIDEONE ELITE INSURANCE COMPANY F/K/A PREFERRED ABSTAINERS
 INSURANCE COMPANY
 v.
 FIELDER ROAD BAPTIST CHURCH

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. The Motion to Dismiss Petition for
Review for Lack of Jurisdiction, and in the alternative, Motion to Strike
Evidence Not Part of the Record is denied.

 Sincerely,
 [pic]
 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas P. Hughes|
| | |
| |Ms. Stephanie Lavake|
| | |
| |Mr. David M. |
| |Pruessner |
| |Mr. Wade Caven |
| |Crosnoe |
| |Mr. Steven Goode |